UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENAR ROYAL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:24-cv-00738-JPH-TAB |
| | ) |
| STATE OF INDIANA, | ) |
| | ) |
| Respondent. | ) |

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AND DIRECTING ENTRY OF FINAL JUDGMENT**

Denar Royal was a pre-trial detainee in the Marion County Jail in Indianapolis, Indiana. He filed his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his arrest and pretrial detention in state court case number 49D21-2402-F2-006019. The respondent argues that the petition must be denied because it is moot. Dkt. [7]. For the reasons explained below, the petition for a writ of habeas corpus is **dismissed as moot** because Mr. Royal is no longer a pre-trial detainee, but a convicted offender.

Mr. Royal was first detained on or about February 27, 2024, and thereafter held in pre-trial confinement on $100,000.00 bond. Dkt. 1 at 1; dkt 7-1 at 3. On April 24, 2024, Mr. Royal filed the instant petition challenging his arrest and pretrial detention. Mr. Royal subsequently pleaded guilty to one charge of dealing in Cocaine and one charge of unlawful possession of a firearm by a serious violent felon in case number 49D21-2402-F2-006019 on May 31, 2024, and was sentenced to a 12-year split sentence with 7 years suspended.

Dkt. 7-1 at 11-12; dkt 7-3 at 1. Therefore, Mr. Royal's challenge to his pre-trial detention is moot because he is no longer a pre-trial detainee.

A pre-trial detainee's petition for a writ of habeas corpus pursuant to Section 2241 becomes moot when he becomes a convicted offender. *Jackson v. Clements*, 796 F.3d 841, 842-43 (7th Cir. 2015) (per curiam) (collecting cases). The case becomes moot because there is no longer a case or controversy for the Court to consider which deprives the Court of subject matter jurisdiction. *Id.* at 843 (citing *Fed'n of Adver. Indus. Representatives, Inc. v. City of Chicago*, 326 F.3d 924, 929 (7th Cir. 2003)).

Because Mr. Royal's petition is moot, the respondent's motion to dismiss, dkt. [7], is **granted**. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed as moot** and a certificate of appealability shall not issue.

Final judgment consistent with this Order shall now enter.

**SO ORDERED**.

Date: 2/28/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DENAR ROYAL
2404080
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203

All electronically registered counsel